US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**

COUNTY OF

**KENNY WORTHEN**

Plaintiff(s)/Petitioners(s)

- AGAINST -

**CARPENTER & SMITH, INC.**

Defendants(s)/Respondent(s)

ATTORNEY: **BERGSTEIN**
FF/INDEX #:
DATE FILED: 4/27/07
DOCKET #:

CASE NO.: **07 CIV. 3381**

**BRIEANT**

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **5/14/07**          at **1:55 PM**    at   **100 SPRING STREET**
                                                      **MONROE, NEW YORK 10950**

deponent served the within **SUMMONS, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE BRIEANT & PROCEDURES FOR ELECTRONIC FILING**

on   **CARPENTER & SMITH, INC.**                                                                   therein named

**CORPORATION** ☑ By delivering to and leaving with **MS. JANE**                      and that he knew the person
so served to be the **MANAGING AGENT**                        of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE                    THE AUTHORIZED FEE

**DESCRIPTION**        Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BROWN HAIR, 55 YRS., 5'3'', 170 LBS.**

Other identifying features:

**GLASSES**

Sworn to before me on:   **MAY 15, 2007**

MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958