UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNY WORTHEN,

                Plaintiff,

-against-                            Civil Case No.:    7:07 Civ. 3381

CARPENTER & SMITH, INC.,                              CLB/GAY

                Defendant.

---

## STIPULATION

**It is hereby stipulated and agreed**, by and between the undersigned, who are the attorneys of record for all parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action; that the deadline for Defendants to respond to Plaintiff's Complaint in the above-referenced matter is hereby extended until June 25, 2007.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 4, 2007                            Dated: June 4, 2007

BERGSTEIN & ULLRICH, LLP                GIRVIN & FERLAZZO, P.C.

By: *[signature]*                                   By: *[signature]*
Stephen Bergstein                             Gregg T. Johnson
Bar Roll No.:                                       Bar Roll No.: GJ3348
Attorneys for Plaintiff                            Jacinda H. Conboy
15 Railroad Avenue                               Bar Roll No.: JH2826
Chester, New York 10918                   Attorneys for Defendants
Tel: 845-469-1277                              20 Corporate Woods Boulevard
Fax: 845-469-5904                             Albany, New York 12211
                                                      Tel.:  (518) 462-0300
                                                      Fax:  (518) 462-5037

SO ORDERED:

_____
UNITED STATES MAGISTRATE