Case 7:07-cv-03381-GAY    Document 4    Filed 06/20/2007    Page 1 of 2

06/04/2007 12:29 FAX 8454695904    Bergstein&Ullrich, LLP    ⌀002
JUN-04-2007 11:47AM FROM-
Case 7:07-cv-03381-CLB    Document 3    Filed 06/04/2007    Page 1 of 2/003 F-084

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNY WORTHEN,

           Plaintiff,

-against-        Civil Case No.:    7:07 Civ. 3381
                                                                                                        CLB/GAY

CARPENTER & SMITH, INC.,

           Defendant.

---

## STIPULATION & Order

**It is hereby stipulated and agreed**, by and between the undersigned, who are the attorneys of record for all parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action; that the deadline for Defendants to respond to Plaintiff's Complaint in the above-referenced matter is hereby extended until June 25, 2007.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 4, 2007                              Dated: June 4, 2007

BERGSTEIN & ULLRICH, LLP               GIRVIN & FERLAZZO, P.C.

By: /s/ Stephen Bergstein                  By: /s/ Jacinda H. Conboy
Stephen Bergstein                                Gregg T. Johnson
Bar Roll No.:                                        Bar Roll No.: GJ3348
Attorneys for Plaintiff                           Jacinda H. Conboy
15 Railroad Avenue                             Bar Roll No.: JH2826
Chester, New York 10918                    Attorneys for Defendants
Tel: 845-469-1277                              20 Corporate Woods Boulevard
Fax: 845-469-5904                              Albany, New York 12211
                                                 Tel.: (518) 462-0300
                                                 Fax: (518) 462-5037

Received Time Jun. 4. 12:26PM

Case 7:07-cv-03381-GAY   Document 4   Filed 06/20/2007   Page 2 of 2

06/04/2007 12:30 FAX 8454695904      Bergstein&Ullrich,LLP                   ☒003
JUN-04-2007 11:48AM  FROM
         Case 7:07-cv-03381-CLB   Document 3   Filed 06/04/2007   Page 2 of 2/003  F-084

SO ORDERED: June 19, 2007

*[signature]*
UNITED STATES ~~MAGISTRATE~~ District Judge