UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GARY T. MARGIOTTA,

                    Plaintiff,        **ELECTRONICALLY FILED**

  - against -                        **Civil Case No.:**    **6:07-cv-00560**
                                                               **(DNH/GHL)**

THE CITY OF GLOVERSVILLE, TIMOTHY HUGHES,
both individually and as Mayor of the City of Gloversville,
JAMES HANDY, both individually and as Councilman at
Large of the City of Gloversville, CYNTHIA MOREY,
both individually and as Councilwoman of the City of
Gloversville, LANCE GUNDERSEN, SR., both
individually and as Councilman of the City of Gloversville,
LOU ANN WARREN, both individually and as
Councilman of the City of Gloversville,

                    Defendants.

---

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

| | |
|---|---|
| Defendant | The City of Gloversville |
| Defendant | Timothy Hughes |
| Defendant | James Handy |
| Defendant | Cynthia Morey |
| Defendant | Lance Gundersen, Sr. |
| Defendant | Lou Ann Warren |

    I certify that I am admitted to practice in this court.

DATED:    June 12, 2007

                    GIRVIN & FERLAZZO, P.C.

                    By:   /S/ Gregg T. Johnson
                          Gregg T. Johnson
                          Bar Roll No.: 506443
                  Attorneys for Defendants
                  Office and P.O. Address
                  20 Corporate Woods Blvd.
                  Albany, New York 12211
                  Tel:    518-462-0300
                  Fax:   518-462-5037
                  Email: gtj@girvinlaw.com

TO:   Elmer Robert Keach III, Esq.
        Bar Roll No.: 601537
        LAW OFFICES OF ELMER ROBERT KEACH III, P.C.
        Attorney for Plaintiff
        1040 Riverfront Center
        P.O. Box 70
        Amsterdam, New York  12010
        Tel:    518-434-1718
        Fax:   518-770-1558
        Email: bobkeach@keachlawfirm.com