UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GARY T. MARGIOTTA,

                                  Plaintiff,        **ELECTRONICALLY FILED**

  - against -                              **Civil Case No.:**      **6:07-cv-00560**
                                                             **(DNH/GHL)**

THE CITY OF GLOVERSVILLE, TIMOTHY HUGHES,
both individually and as Mayor of the City of Gloversville,
JAMES HANDY, both individually and as Councilman at
Large of the City of Gloversville, CYNTHIA MOREY,
both individually and as Councilwoman of the City of
Gloversville, LANCE GUNDERSEN, SR., both
individually and as Councilman of the City of Gloversville,
LOU ANN WARREN, both individually and as
Councilman of the City of Gloversville,

                                  Defendants.

---

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    1.    Elmer Robert Keach III, Esq., Attorney for Plaintiff
          at bobkeach@keachlawfirm.com.


                                                        /S/ Loretta M. Glogowski
                                                        Loretta M. Glogowski for
                                                        Gregg T. Johnson, Esq.
                                                        Bar Roll No.:  506443