UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNY WORTHEN,

                Plaintiff,        **ELECTRONICALLY FILED**

   -against-                       **Civil Case No.:**    **7:07 Civ. 3381 CLB/GAY**

CARPENTER & SMITH, INC.,

                Defendant.

---

### CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I electronically filed the foregoing Answer with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.    Stephen Bergstein, Esq., Attorney for Plaintiff, at steve@tbulaw.com

        /S/  Loretta M. Glogowski
        Loretta M. Glogowski for
        Gregg T. Johnson, Esq.
        Bar Roll No.:  GJ3348