UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNY WORTHEN,

                  Plaintiff,

-against-

CARPENTER & SMITH, INC.,

                  Defendant.

**ELECTRONICALLY FILED**

Civil Case No.:   7:07 Civ. 3381
                           CLB/GAY

---

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CARPENTER & SMITH, INC., (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    MEENAN OIL CO., Melville, New York, Parent Company of Carpenter & Smith, Inc.

Dated: October 5, 2007

                                            GIRVIN & FERLAZZO, P.C.

                  By:       */s/ Gregg T. Johnson*
                                            Gregg T. Johnson, Esq.
                                            Bar Roll #GJ 3348
                                            20 Corporate Woods Boulevard
                                            Albany, New York 12211
                                            518-462-0300