UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNY WORTHEN,

                Plaintiff,           **ELECTRONICALLY FILED**

-against-                      **Civil Case No.:**    7:07 Civ. 3381
                                                                                      CLB/GAY

CARPENTER & SMITH, INC.,

                Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2007, I electronically filed the foregoing Answer to Amended Complaint with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.        Stephen Bergstein, Esq., Attorney for Plaintiff, at steve@tbulaw.com

                                                                      Debra Lewendon for
                                                                      Gregg T. Johnson, Esq.
                                                                      Bar Roll No.:  GJ3348