UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KENNY WORTHEN,

         Plaintiff,    **ELECTRONICALLY FILED**

 -against-          **Civil Case No.:**  7:07 Civ. 3381
                             **CLB/GAY**
CARPENTER & SMITH, INC.,

         Defendant.
_____

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for Defendant, Carpenter & Smith, Inc.

 I certify that I am admitted to practice in this court.

DATED:  January 28, 2008

                   GIRVIN & FERLAZZO, P.C.

                   By: _____
                     Scott P. Quesnel
                     Bar Roll No.: SQ6461
                   Attorneys for Defendant
                   Office and P.O. Address
                   20 Corporate Woods Blvd.
                   Albany, New York 12211
                   Tel: 518-462-0300
                   Fax: 518-462-5037
                   Email: jhc@girvinlaw.com

TO: Stephen Bergstein
    Bar Roll No.: SB6810
    BERGSTEIN & ULLRICH, LLP
    Attorneys for Plaintiff
    15 Railroad Avenue
    Chester, New York 10918
    Tel: 845-469-1277
    Fax: 845-469-5904
    Email: steve@tbulaw.com