UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KENNY WORTHEN,

                  Plaintiff,           **ELECTRONICALLY FILED**

   -against-                       Civil Case No.:    7:07 Civ. 3381
                                                                                   CLB/GAY
CARPENTER & SMITH, INC.,

                  Defendant.
_____

### CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    1.    Stephen Bergstein, Esq., Attorney for Plaintiff, at steve@tbulaw.com

                                                                                              */s/ Loretta M. Glogowski*
                                                                                       Loretta M. Glogowski for
                                                                                       Scott P. Quesnel, Esq.
                                                                                       Bar Roll No.: SQ6461

1