# BERGSTEIN & ULLRICH, LLP

- ATTORNEYS AT LAW -
15 RAILROAD AVENUE · CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

**MEMO ENDORSED**

June 30, 2008

VIA FACSIMILE (914) 390-4095
Hon. George A. Yanthis
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Worthen v. Carpenter & Smith
             06 Civ. 3381 (GAY)

Dear Judge Yanthis:

This firm represents plaintiff in the above-referenced case. I am writing for two reasons:

1. The discovery deadline is July 18, 2008. The parties have diligently pursued discovery and have several depositions that remain between them. In light of my upcoming vacation and trial schedule, the parties do not believe that they can complete discovery by that date. Through this letter, I am respectfully requesting that discovery be extended through September 5, 2008. Counsel for defendant consents to this request.

2. A telephonic status conference has been scheduled for July 8, 2008. As I will be on vacation during that time, I am respectfully requesting that the conference date be re-scheduled after July 14, 2008, when I return from vacation. Counsel for defendant consents to this request.

Very truly yours,

*Stephen Bergstein* (signature)
Stephen Bergstein

cc: Scott Quesnel, Esq.

*[Handwritten endorsement:]* Telephone conference adjourned until 7/17/08 at 9:00 a.m.

SO ORDERED:
*[signature]*
Hon. George A. Yanthis
United States Magistrate Judge.
6/30/08