# BERGSTEIN & ULLRICH, LLP

- ATTORNEYS AT LAW -

15 RAILROAD AVENUE • CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

Christopher D. Watkins

## MEMO ENDORSED

July 21, 2008



**VIA FACSIMILE (914) 390-4095**
Hon. George A. Yanthis
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  Worthen v. Carpenter & Smith
     07 Civ. 3381 (GAY)

Dear Judge Yanthis:

This firm represents plaintiff in the above-referenced case. I am writing to confirm the deadlines set in the phone conference held on July 17. Discovery will end on September 5, 2008. The next phone conference will take place on September 5, 2008 at 9:00 a.m. My office will initiate that conference.

Very truly yours,

Stephen Bergstein

cc:  Scott Quesnel, Esq.

SO ORDERED:

Hon. George A. Yanthis
United States Magistrate Judge.

7/24/08